# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 49 WELFARE TRUST, | ) ) ) ) | No. **3:11-cv-1302-HU** |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFAULT JUDGMENT** |
| COAST INDUSTRIES, INC., | ) ) | |
| Defendant. | ) ) | |

Based on the Court's OPINION AND ORDER,

It is ordered that the plaintiff Trustees of the Service Employees International Union Local 49 Welfare Trust recover from the defendant Coast Industries, Inc., the amount of $98.67 in interest for late payments, $950.86 in liquidated damages for late payments, $2,782.50 for attorney's fees, and $433.75 for costs.

Dated this 29th day of November, 2012.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge